UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNETTE PORTER, <br><br> Plaintiff, <br><br> v. <br><br> EAST ST. LOUIS POLICE DEPARTMENT, <br><br> Defendant. | Case No. 25-cv-02185-JPG |

## MEMORANDUM AND ORDER

This case is before the Court on Plaintiff Annette Porter's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 12). On December 15, 2025, Plaintiff filed her initial complaint against the East St. Louis Police Department and Sam (Unknown) pursuant to 42 U.S.C. § 1983. The Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and dismissed it without prejudice for failure to state a claim. It explained that neither defendant could be sued under § 1983. Plaintiff was given up to and including February 4, 2026, to file an amended complaint.

Plaintiff filed an amended complaint on January 27, 2026. Her amended complaint again sought to bring claims against the East St. Louis Police Department under 42 U.S.C. § 1983. The Court screened the amended complaint and dismissed it without prejudice. It explained that the police department is not a suable entity under § 1983, and informed Plaintiff that she must sue either the individual officers involved or the municipality itself. The Court gave Plaintiff up to and including March 12, 2026, to file a second amended complaint. It warned her that this would be her final opportunity to amend her complaint to state a claim under § 1983.

On February 26, 2026, Plaintiff filed her second amended complaint. She again tries to sue the East St. Louis Police Department under 42 U.S.C. § 1983. The Court has told Plaintiff two times that she cannot sue a police department under § 1983. In addition, it has explained to

her who she can sue. The fact that she still fails to state a cognizable claim under § 1983 indicates to the Court that she simply is unable to do so. As such, the Court DENIES the Motion for Leave to Proceed *in Forma Pauperis* (Doc. 12), DENIES the Motion to Appoint Counsel (Doc. 4), and DISMISSES the Second Amended Complaint (Doc. 14) without prejudice. It DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:   February 27, 2026

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **United States District Judge**