UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNETTE PORTER,<br><br>　　Plaintiff,<br><br>　v.<br><br>EAST ST. LOUIS POLICE DEPARTMENT,<br><br>　　Defendant. | Case No. 25-cv-02185-JPG |

### JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: March 2, 2026**　　　　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**United States District Judge**